# Court of Appeals
# of the State of Georgia

ATLANTA,  April 28, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0100.  OLEKSANDRA PLYATSKO v. BRANDON SIMPSON.**

Oleksandra Plyatsko, proceeding pro se, has filed an "Emergency Motion to Stay Enforcement of Final Judgment, Stay Contempt Proceedings, Stay Wage Garnishment, and Compel Record Transmission" in an underlying custody modification action. Having reviewed the motion, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  04/28/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*